# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  
James A Yocum, Jr.  
**SSN:** xxx-xx-0211

**Case No.** 10-04284-BGC13  
**Chapter** 13

**Debtor(s)**

## NOTICE OF REQUIREMENT TO FILE A
## STATEMENT OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

    Notice is hereby given that, subject to limited exceptions, a Debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727) or chapter 13 (11 U.S.C. § 1328). Pursuant to Rule 1007(b)(7) of the Interim Rule of Bankruptcy Procedure, the Debtor must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

    The Debtor and/or Debtor's attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. The Debtor and/or Debtor's attorney is/are hereby notified that the Debtor must file Official Form 23 within 45 days after the first date set for the meeting of creditors under § 341 of the Code in a chapter 7 case, and no later than the last payment made by the Debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) in a chapter 13 case.

    Failure to file the certification will result in the case being closed without an entry of discharge. If the Debtor subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 23, the full reopening fee must be paid for filing the motion and the fee cannot be waived. The Court may determine that the fee is due to be paid by the Debtor or the Debtor's attorney if he/she fails to properly notify and remind the Debtor to obtain the certificate, provide it to the attorney, or if the attorney fails to file the proper form.

Dated: 07/16/2010

By:

Scott W. Ford, Clerk  
United States Bankruptcy Court

*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the Bankruptcy Administrator has not approved any credit counseling agency or financial management course for the applicable district. See Interim Rule 1007(b)(7).

# CERTIFICATE OF NOTICE

```
District/off: 1126-2          User: admin              Page 1 of 1              Date Rcvd: Jul 16, 2010
Case: 10-04284                Form ID: pdfdba          Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 18, 2010.
db         +James Albert Yocum, Jr.,   3417 Danner Circle,   Birmingham, AL 35243-2817

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2010**                       **Signature:**        *Joseph Speetjens*