# Chapter 13 Plan

Case No.: 10-04284-13

Debtor(s): JAMES ALBERT YOCUM, JR.   SS#: 0211   Net Monthly Earnings: 0

SS#: _____   Number of Dependents: 2

I. **Plan Payments:**

☑ Debtor(s) proposes to pay a periodic payment of $ 0 ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly into the plan; or

☐ Payroll deduction order: To _____ for
$ _____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly.

Length of plan is approximately ____ months, and the total debt to be paid through the plan is approximately $ _____.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

B. Total Attorney Fee: $_____ ; $_____ paid pre-petition; $_____ to be paid at confirmation and $_____ per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| NONE | | ☐ by Trustee ☐ by Debtor | | | | | |
| | | ☐ by Trustee ☐ by Debtor | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| NONE | | | | |

IV. Special Provisions (check all applicable boxes):
☑ This is an original plan.
☐ This is an amended plan replacing plan dated _____.
☐ This plan proposes to pay unsecured creditors _____ %.
☐ Other provisions: _____

Name/Address/Telephone/Attorney for Debtor(s):   Dated: 7/30/10

_____
Signature of Debtor

Telephone #: _____   Signature of Debtor

# CERTIFICATE OF NOTICE

```
District/off: 1126-2          User: pbgray              Page 1 of 1              Date Rcvd: Aug 02, 2010
Case: 10-04284                Form ID: pdf008           Total Noticed: 8
```

The following entities were noticed by first class mail on Aug 04, 2010.
```
db              +James Albert Yocum, Jr.,   3417 Danner Circle,   Birmingham, AL 35243-2817
6516850         +BAC Home Loans Servicing,   450 American Way,   Semi Valley, CA 93065-6285
6516851         +Ford Motor Credit Co LLC,   c/o MacDowell & Assoc,   PO Box 131029,   Birmingham, AL 35213-6029
6516852         +IBERIA Bank,   2340 Woodcrest Place,   Birmingham, AL 35209-1331
6516853        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                  PHILADELPHIA PA 19114-0326
                 (address filed with court:   Internal Revenue Service,   P O Box 21126,   Philadelphia, PA 19114)
6535366        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                  PHILADELPHIA PA 19114-0326
                 (address filed with court:   Internal Revenue Service,   PO Box 105416,   Atlanta, GA 30348)
6546972         +PARAGON CONTRACTING SERV,INC,   By PRA Receivables Management, LLC,   PO Box 12907,
                  Norfolk VA 23541-0907
6516854         +U.S. Attorney,   1801 4th Ave N,   Birmingham, AL 35203-2101
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2010**                    **Signature:**    *Joseph Speetjens*